IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRCIT OF WEST VIRGINIA
AT BLUEFIELD

MICHAEL ARMSTRONG,

    Plaintiff,

vs.                                                  Civil Action No.: 1:18-cv-01466
                                                               Honorable David A. Faber

RALPH JUSTUS, individually,
C.A. DUNN, individually,
E.W. BOOTHE, individually,
S.P. MCKINNEY, individually,

    Defendants.

## NOTICE OF DEPOSITION OF PLAINTIFF, MICHAEL ARMSTRONG

       Please be advised that the Defendant, S.P. McKinney, by and through his undersigned counsel, will take the deposition of the Plaintiff, Michael Armstrong, on the 4th day of October, 2019, beginning at 10:00 a.m. at the offices of Pullin, Fowler, Flanagan, Brown & Poe, PLLC, 252 George Street, Beckley, West Virginia.  The deposition may be continued from day to day until complete.

                                           Respectfully submitted:

                                            */s/ Jennifer A. Lynch*
                                           Cy A. Hill, Jr. (WVSB #8816)
                                           Jennifer A. Lynch (WVSB #12140)
                                           CIPRIANI & WERNER, P.C.
                                           Laidley Tower
                                           500 Lee Street E., Suite 900
                                           Charleston, WV  25301
                                           304-341-0500 – Phone
                                           304-341-0507 – Fax
                                           chill@c-wlaw.com
                                           jlynch@c-wlaw.com
                                           **Counsel for the Defendant S.P. McKinney**

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRCIT OF WEST VIRGINIA
AT BLUEFIELD

MICHAEL ARMSTRONG,

    Plaintiff,

vs.                                              Civil Action No.: 1:18-cv-01466
                                                Honorable David A. Faber

RALPH JUSTUS, individually,
C.A. DUNN, individually,
E.W. BOOTHE, individually,
S.P. MCKINNEY, individually,

    Defendants.

## CERTIFICATE OF SERVICE

The undersigned counsel for the Defendant hereby certifies that on this 23rd day of August, 2019, I electronically filed the foregoing ***"Notice of Deposition of Plaintiff, Michael Armstrong"*** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the below listed CM/ECF participants:

John H. Bryan, Esquire (WVSB # 10259)
611 Main Street
P.O. Box 366
Union, WV 24983
*Counsel for Plaintiff*

Wendy E. Greve, Esquire (WVSB #6599)
Pullin, Fowler, Flanagan, Brown & Poe, PLLC
JamesMark Building
901 Quarrier Street
Charleston, WV 25301
*Counsel for Defendants, E.W. Boothe and C.A. Dunn*

Michael D. Mullins, Esquire (WVSB #7754)
Colton C. Parsons, Esquire (WVSB #13243)
Steptoe & Johnston, PLLC
Chase Tower, 17th Floor
707 Virginia Street, E.
P.O. Box 1588
Charleston, WV 25326
*Counsel for Defendant Ralph Justus*

      */s/ Jennifer A. Lynch*
      Jennifer A. Lynch (WVSB #12140)